# Exhibit P1

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** EFFECTED (1) BY ME: *Glen Alberigi* TITLE: **PROCESS SERVER** *owner* DATE: *November 1, 2023 @ 12:10 PM* | |  Glen Alberigi #114 Registered Process Server 530 Alameda del Prado #302 Novato, CA 94949 Marin County (415) 382-9100 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

ITALEAU, INC.

Place where served:

1 HARBOR DRIVE, SUITE 300  SAUSALITO CA 94965

[✓] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: *Taylor McGraw (office manager)* *Regus. 1 Harbor Dr., Suite 300 Sausalito, CA 94965.*

Relationship to defendant _____

Description of Person Accepting Service:

SEX: *M* AGE: *35* HEIGHT: *5-10* WEIGHT: *200* SKIN: *White* HAIR: — OTHER: —

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

| TRAVEL $ _____ | SERVICES $ _____ | TOTAL $ _____ |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Docusign Court Approved E-Signature**

DATE: *11 / 1 / 2023*                                                                 L.S.

SIGNATURE OF *Glen Alberigi*
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: JOHN P. DELL'ITALIA, ESQ.
PLAINTIFF: AIADVERTISING, INC.
DEFENDANT: ITALEAU, INC.
VENUE: DISTRICT
DOCKET: 5 23 CV 1227
COMMENT:

20231101142920