IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AIADVERTISING, INC.,                          §
                                              §
            *Plaintiff,*                       §            SA-23-CV-01227-JKP
                                              §
vs.                                           §
                                              §
ITALEAU, INC.,                                §
                                              §
            *Defendant.*                       §

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation to dismiss for want of prosecution. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 5th day of February, 2024.


_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE