AO 450 (Rev. 11/11) Judgment in a Civil Action

**FILED**
April 10, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____WG_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| AIADVERTISING, INC. *Plaintiff* v. Italeau, Inc. *Defendant* | ) ) ) ) ) Civil Action No. SA:23-CV-1227-JKP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court hereby ACCEPTS Magistrate Judge Chestney's findings and recommendation and ADOPTS the Report and Recommendation. This case is DISMISSED for want of prosecution. The Clerk of Court is instructed to CLOSE THIS CASE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Jason Pulliam.

Date:   04/10/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*